UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KELLY FRENCH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:10-cv-01699-LJM-DKL |
| ELI LILLY & COMPANY, | ) ) |
| Defendant. | ) |

### ENTRY OF JUDGMENT

Through an Order dated January 23, 2013, this Court granted summary judgment in favor of Defendant Eli Lilly & Company and against Plaintiff Kelly French on all of Plaintiff's claims. Plaintiff shall take nothing by way of her Complaint. Each party shall bear its own costs. Final Judgment is entered accordingly.

IT IS SO ORDERED this 23rd day of January, 2013.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Distribution:

Sandra L. Blevins
BETZ & ASSOCIATES
sblevins@betzadvocates.com

Benjamin C. Ellis
BETZ & BLEVINS
bellis@betzadvocates.com

Kevin W. Betz
BETZ & BLEVINS
kbetz@betzadvocates.com

Jamenda A. McCoy
FAEGRE BAKER DANIELS LLP - Chicago
jamenda.mccoy@gmail.com

Craig M. Borowski
FAEGRE BAKER DANIELS LLP - Indianapolis
craig.borowski@faegrebd.com

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP - Indianapolis
ellen.boshkoff@faegrebd.com